NANCY L. ABELL (SB# 088785)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
515 South Flower Street, Twenty-Fifth Floor
Los Angeles, California 90071
Telephone:   (213) 683-6000
Facsimile:   (213) 627-0705
nancyabell@paulhastings.com

KATHERINE C. HUIBONHOA (SB# 207648)
RYAN C. HESS (SB# 263079)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
55 Second Street, Twenty-Fourth Floor
San Francisco, California 94105-3441
Telephone:   (415) 856-7000
Facsimile:   (415) 856-7100
katherinehuibonhoa@paulhastings.com
ryanhess@paulhastings.com

Attorneys for Defendant
ADI SHUTTLE GROUP, LLC

ROBERT P. HENK (SB# 147490)
SHERI L. LEONARD (SB# 173544)
HENK LEONARD
2260 Douglas Blvd., Suite 200
Roseville, California 95661
Telephone: (916) 787-4544
Facsimile: (916) 787-4530
henkleonard@aol.com

Attorneys for Plaintiff
CHARLES NAGEL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES NAGEL,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>ADI SHUTTLE GROUP, LLC, and DOES 1 through 5, inclusive,<br><br>　　　　　Defendant. | CASE NO. 2:09-CV-02620-FCD-KJN<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

**STIPULATION AND REQUEST FOR DISMISSAL WITH PREJUDICE**

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a), plaintiff Charles Nagel and Defendant ADI Shuttle Group, LLC, (collectively the "Parties") through their respective counsel, stipulate to the dismissal with prejudice of all plaintiff's claims against defendant. The Parties request that the Court dismiss this action with prejudice, each side to bear its own costs and attorneys' fees, pursuant to their stipulation.

Dated:  May 18, 2010.            PAUL, HASTINGS, JANOFSKY & WALKER LLP


                                 By:        /s/ Ryan C. Hess
                                            RYAN C. HESS

                                 Attorneys for Defendant
                                 ADI Shuttle Group, LLC

Dated:  May 18, 2010.            HENK LEONARD


                                 By:        /s/ Robert P. Henk
                                            ROBERT P. HENK

                                 Attorneys for Plaintiff
                                 Charles Nagel


**ORDER**


Pursuant to the Parties' stipulation and Federal Rule of Civil Procedure 41(a), the Court orders this action DISMISSED WITH PREJUDICE, each side to bear its own costs and attorneys' fees.

DATED:  May 19, 2010

                                 _____
                                 FRANK C. DAMRELL, JR.
                                 UNITED STATES DISTRICT JUDGE

-2-